FILED

FEB 2 5 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

James Dwayne Vigil

Defendant.

Case No.  25CR714-LL

JUDGMENT AND ORDER OF
DISMISSAL OF
INFORMATION, EXONERATE
BOND AND RELEASE OF
PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the  nformation in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial  if held.

Dated:  2/25/26

Hon. Karen S. Crawford
United States Magistrate Judge